THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES PERAINO, Appellant, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Comstock, New York, Respondent.— Motion to prosecute appeal as a poor person upon typewritten record and brief granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of DAVID SEIDENBERG, Appellant, against MAY-FLOWER HOTEL and JAMESTOWN MUTUAL INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion by the employer and insurance carrier to dismiss the appeal granted. Motion by claimant to prosecute appeal on typewritten record and brief denied on the ground that from the proof only questions of fact are involved and the decision of the Board is conclusive. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim for Benefits under Article 18 of the Labor Law, Made by JAMES SHEREDOS, Claimant. LAKE TANKERS CORPORATION, Respondent; FRIEDA S. MILLER, as Industrial Commissioner, Appellant. In the Matter of the Claim for Benefits under Article 18 of the Labor Law, Made by MIKE CASSARETAKIS, Claimant. STANDARD DREDGING CORPORATION, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Motion to consolidate denied. Motion of Standard Dredging Corporation to file brief *amicus curiæ* granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of FRANK STEWART, Appellant, against YERDEN BROS. and THE OCEAN ACCIDENT & GUARANTEE CORP., LTD., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal as a poor person granted. Motion for leave to prosecute appeal on original record denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of WILHELMINA TAYLOR, Appellant, against ECHO MOTOR SALES and THE TRAVELERS INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal as a poor person granted. Motion to dismiss appeal granted unless appellant perfects appeal, files and serves typewritten record and typewritten brief on or before August 16, 1941, and is ready for argument at the September Compensation and Unemployment Insurance Appeals Term of this court, commencing September 15, 1941, in which case the motion is denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of SOL WUNCH, Respondent, against UPPER NEW YORK MOVERS ASSOCIATION, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion to prosecute appeal as a poor person on typewritten record denied, without costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of AINA M. HEIKKILA, Respondent, against J. RICH STEERS, INC., and THE ÆTNA CASUALTY & SURETY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.